AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LATHIERIAL BOYD

CASE NUMBER: 13-cv-07152

V.

ASSIGNED JUDGE: Robert Gettleman

CITY OF CHICAGO; CHICAGO POLICE OFFICER RICHARD ZULEY, Star No. 15185; CHICAGO POLICE OFFICER LAWRENCE THEZAN, Star No. 9419; CHICAGO POLICE OFFICER ANDREW SOBOLEWSKI, Star No. 16498, CHICAGO POLICE OFFICER STEVE SCHORSCH, Star No. 8955, CHICAGO POLICE OFFICER JOHN MURRAY, Star No. 3175, CHICAGO POLICE OFFICER WAYNE JOHNSON, Star No. 4266; AND UNKNOWN CHICAGO POLICE OFFICERS.

DESIGNATED
MAGISTRATE JUDGE: Sidney Schenkier

TO: (Name and address of Defendant)

Chicago Police Officer Richard Zuley, #15185
C/O Chicago Police Department / Office of Legal Affairs
3510 South Michigan Avenue
Chicago, Illinois 60619

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kathleen T. Zellner & Associates
1901 Butterfield Road
Suite #650
Downers Grove, Illinois 60515

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_Jaclyn Peizkiciy_

(By) DEPUTY CLERK



October 8, 2013

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE October 31, 2013 |
| NAME OF SERVER *(PRINT)* Thomas O. Kirby | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Sandy Zuley - Wife.

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/6/2013
Date

Signature of Server

783 N. York Street, Elmhurst, IL 60126
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.