# PLAINTIFF'S EXHIBIT A


# NORTHWESTERN MEMORIAL HOSPITAL

## PATIENT'S PROGRESS NOTES

*Nursing and Paramedical Personnel Use This Margin*

| Date & Time | | |
|---|---|---|
| | | Alteration in Elimination |
| 10Apr90 | | S Ø |
| 1215 | | O Pt maintained on regular bed. went 8x100 [illegible] 30%. suctioned PRN for small amts white sputum. sputum C+S sent this AM. Pt ē Foley cath intact and patent ē adequate urine output. incontinent of stool x1 this shift. No c/o pain or discomfort voiced. [illegible] [illegible] for meals. VSS afebrile. |
| | | A incontinent of stool x1 this shift. [illegible] per external catheter. |
| | | P Pt no longer on [illegible] protocol. [illegible] [illegible] [illegible]. N. Campbell [illegible] |
| | Resp fe | |
| | pt remains stable | continue on FIS [illegible] continue to |
| | [illegible] | [illegible] |
| | [illegible] | [illegible] [illegible] [illegible] |
| | | C. Bissell MD [signature] |
| 4/10/90 | | Social Work |
| | | Pt increasingly more cooperative ē staff. "Reality" of his injury seems to be settling in more. Also obvious lack of friends & family visiting has weighed very heavily on this pt as he realizes what he lost personally in his previous life-style. Continue to follow & support. Bennett LCSW |

↑ *Nursing and Paramedical Personnel Use This Margin*

413047 Rev. 6/73

LB 01429

SAO 01092

# NORTHWESTERN MEMORIAL HOSPITAL

## PATIENT'S PROGRESS NOTES

*Nursing and Paramedical Personnel Use This Margin*

WARNER
RICKY
PAUL MEYER

Date & Time

RespCare Service

1/8/90 Continue full vent support - stable on Command tach.
febrile last pts b2² - ucultured.
[illegible]
[illegible]
[illegible]

[illegible]

IC
[illegible]
[illegible]
[illegible]
[illegible]

Sputum [illegible] Aloace I
2) [illegible] II
3) [illegible]
[illegible]

ICU
1) [illegible]

↑ *Nursing and Paramedical Personnel Use This Margin*

113047 Rev. 6/73

LB 01439