# PLAINTIFF'S EXHIBIT E

1          IN THE CIRCUIT COURT OF COOK JUDICIAL CIRCUIT

2                    COOK COUNTY, ILLINOIS

3   PEOPLE OF THE STATE OF ) Criminal Division
    ILLINOIS,              )
4              Plaintiffs, )
                           )
5          -vs-            )  90-C-R-8602
                           )
6   LATHIERIAL BOYD,       )
               Defendant.  )

7

8            RECORD OF PROCEEDINGS had in the

9   hearing of the above-entitled cause before the

10  Honorable SHELVIN SINGER, Judge of said court

11  on the 23rd day of October, A. D. 1990.

12  PRESENT:
            MR. CECIL A. PARTEE,
13                State's Attorney for Cook County, by
            MS. LORI LEVIN, and
14          MR. JAMES BAILEY,
                  Assistant State's Attorneys,
15                on behalf of the People of the
                  State of Illinois;

16
            MR. EMORY ANDREW TATE,
17                on behalf of the Defendant.

18

19

20

21  ROCHINA V. CHOLEWA
    Official Court Reporter
22  Criminal Division

23

24                            230

                                                    1

SAO 04930

1     me.

2        MR. TATE:    Fine.

3                So stipulated.

4        MS. LEVIN:    So stipulated.

5        MR. TATE:    At this time we would call

6     Cynthia Hendricks as our No. 2 witness to the

7     stand.

8            C Y N T H I A    H E N D R I C K S,

9

10    called as a witness by the Defendant, herein,

11    having been first duly sworn, was examined and

12    testified as follows:

13

14                DIRECT EXAMINATION

15                By: Mr. Tate

16

17       Q.    What is your full name for the record?

18       A.    Cynthia Marie Hendricks.

19       Q.    And where are you now employed?

20       A     Northwestern Memorial Hospital.

21       Q     Were you so employed on March 9th,

22    1990?

23       A     Yes

24       Q.    Did you have occasion to be present at

                        291

1    hearsay.

2                    Is this by way of impeachment --

3         MR. TATE:  Yes, it is by way of impeachment.

4         THE COURT:  You can lead the witness directly

5    to that portion of the alleged response to the

6    interview that you believe is impeaching,

7    counsel.

8    BY MR. TATE:

9         Q    Did you hear the officers present ask

10   Ricky Warner who had shot him?

11        A    Yes, yes.

12        Q    And did you hear Ricky Warner's answer?

13             Did Ricky Warner state that he did

14   not know who shot him?

15        A    I am sorry, based on the pictures that

16   were shown he said he did not know who shot him

17   and the person was not in those pictures.

18        Q    He said he did not know who shot

19   him?

20        MS. LEVIN:  Objection

21        THE COURT:  Sustained

22   BY MR. TATE:

23        Q    Did you hear Ricky Warner at any time

24   during the time you were there state that "Rat

                        293

SAO 04993

1  with the patient and the detectives.

2      Q.    Well, ma'am, isn't it a fact you were

3  actually present with more than one conversation

4  the -- with the officer and the detective?

5      A.    I don't think so.

6      MS. LEVIN:   Isn't it true -- One second,

7  please?

8      MR. TATE:   Objecting to the way the State

9  is proceeding.

10     THE COURT:   I am sorry, I didn't hear that.

11     MR. TATE:   I am objecting to the way the

12  State is proceeding; whether she is impeaching

13  or arguing with the witness.

14     THE COURT:    She can impeach.

15  BY MS. LEVIN:

16     Q.    Ma'am, isn't it a fact -- Show you what

17  has been marked as Exhibit No. 20 for Identifi-

18  cation in evidence.

19          Now, isn't it a fact, ma'am, that

20  you were given this piece of paper to give to

21  the detectives in this case?

22     A.    Yes.

23     Q.    And it is in the same condition?

24     A.    Same condition.

298

SAO 04998

```
 1        MR. TATE:    Objection.
 2        THE COURT:     Sustained.
 3   BY MS. LEVIN:
 4        Q.    As when you saw it?
 5        MR. TATE:    Objection.
 6        THE COURT:     Sustained.
 7   BY MS. LEVIN:
 8        Q.    Ma'am, you did give the paper to the
 9   police?
10        A.    No.
11        MR. TATE:    Objecting; still proceeding --
12        THE COURT:    You mean outside the scope?
13        MR. TATE:    Yes.
14        THE COURT:     Sustained.
15        MR. TATE:     I am moving to strike all
16   answers.
17        MS. LEVIN:     If I may please continue?
18   BY MS. LEVIN:
19        Q.    Ma'am, you had more dealings with the
20   police then just that one occasion with respect
21   to Ricky Warner; is that correct?
22        MR. TATE:    Objection.
23        THE COURT:    Overruled.
24   BY MS. LEVIN:
```

299

71

SAO 04999