# PLAINTIFF'S EXHIBIT F

## INDEX

| WITNESS | PAGE | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|---|
| 8-2-90 Motion to Quash Identification: | | | | | |
| Opening Statements | | | | | |
| by Mr. Tate | 3 | | | | |
| by Ms. Levin | 6 | | | | |
| Andrew Sobolewski | | 11 | 23 | 26 | |
| Cynthia Hendricks | | 27 | 32 | 32 | |
| Richard P. Zuley | | 33 | 35 | 37 | |
| 10-2-90 | | | | | |
| Jury Waiver | 67 | | | | |
| Opening Statements | | | | | |
| by Ms. Levin | 68 | | | | |
| by Mr. Tate | 70 | | | | |
| Frances Fleming | | 72 | | | |
| Richard Kutchek | | 75 | 84 | | |
| David Lofton | | 87 | 93 | 95 | |
| William Clohecy | | 96 | 102 | | |
| Det. Ralph Sikorski | | 108 | | | |
| Herbert Warner, Sr. | | 125 | 139 | | |
| Stipulation | 155 | | | | |
| 10-16-90 | | | | | |
| Ricky Warner | | 162 | 186 | 221 | 226 |
| 10-23-90 | | | | | |
| Det. Richard Zuley | | 232 | 249 | 265 | 268 |
| Stipulation to Sobolewski Testimony | 291 | | | | |
| Cynthia Hendricks | | 291 | 295 | | |
| Angela Boyd | | 301 | 305 | | |
| Harold Casey | | 314 | 316 | | |
| 10-24-90 Court's Decision | 347 | | | | |

SAO 04699

```
 1              ANDREW SOBOLEWSKI,
 2  a witness herein, called to testify by the Petitioner-
 3  Defendant, after having been first duly sworn, was examined
 4  and testified as follows:
 5                  DIRECT EXAMINATION
 6              By Mr. Tate:
 7       Q    What is your full name and star number, sir?
 8       A    Andrew George Sobolewski.  That's S-o-b-o-l-e-w-
 9  s-k-i.
10       THE COURT:  S-o-b-o --
11       THE WITNESS:  l-e-w-s-k-i.  Star number 16498.
12       MR. TATE:  Q  Were you involved in the investigation
13  of the homicide involving, and the wounding of a Ricky
14  Warner?
15       A    Yes, I was.
16       THE COURT:  You are with the Chicago Police
17  Department, sir?
18       THE WITNESS:  Yes, I am.
19       MR. TATE:  Q  And when did you start working on this
20  case in terms of date and month?
21       A    I believe it was the 9th of March.
22       THE COURT:  Is that '90?
23       THE WITNESS:  Yes, sir.
24       THE COURT:  1990?
```

11

11

SAO 04710

```
1    Q    Could it have been the 9th of March?
2    A    I believe that was the night, yes.
3    Q    And when you interviewed Ricky Warner, was anyone
4  else present?
5    A    Yes, there was. There was myself, my partner,
6  Detective Thezin, Sergeant Tom Keane and there were two
7  nurses from the Northwestern Memorial Hospital spinal cord
8  unit who assisted us on and off during that interview.
9    Q    Now, did you conduct the interview or some other
10 officer that you have mentioned?
11   A    I was present and I asked questions and so did my
12 partner.
13   Q    Did you ask Ricky Warner who shot him?
14   A    Yes, I did.
15   Q    Did he answer?
16   A    Originally he answered he didn't know.
17   Q    And can you tell the court the words he used when
18 he made that answer he didn't know.
19   A    Not the exact words other than the fact that
20 originally when we asked he said he did not know.
21   Q    And throughout that whole interview did he
22 maintain that he did not know?
23        MS. LEVIN:  Objection.
24        THE COURT:  Sustained.
```

15

15