# PLAINTIFF'S EXHIBIT G

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LATHERIAL BOYD,                )
                               )
            Plaintiff,         )
                               )
        vs                     ) No. 13 C 7152
                               )
CITY OF CHICAGO, et al.,       )
                               )
            Defendants.        )

The deposition of LAWRENCE THEZAN called for examination pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions taken before JO ANN LOSOYA, Certified Shorthand Reporter within and for the County of Cook and State of Illinois at 1901 W Butterfield Road, Downers Grove, Illinois, on October 8, 2015 at the hour of 10:00 o'clock a.m.

Page 74

1  BY THE WITNESS:
2       A.    I might not have, but I probably didn't.
3  BY MR. JOHNSON:
4       Q.    You're interviewing the victim of a
5  shooting and he tells you as to whether or not he
6  knows who shot him and you don't recall him saying
7  "I do not know who shot me;" is that your testimony?
8            MS. FORDYCE:  Objection, asked and
9  answered, argumentative.
10 BY THE WITNESS:
11      A.    He told us who shot him.  So he did know.
12 BY MR. JOHNSON:
13      Q.    It is Sikorski -- or I'm sorry --
14 Sobolewski got this wrong?
15      A.    He must have made a mistake.  I don't
16 know.
17      Q.    You did not review this prior to the time
18 it was submitted to your supervisor?
19      A.    I -- if I did, I didn't read it very
20 well.
21      Q.    Okay.  In the normal course of your
22 duties and responsibilities, am I correct that you
23 at this time were supposed to review reports like
24 this that had your name on them before they were

1    A.    I didn't, no.
2    Q.    And while Breezo was in the system of the
3  Chicago Police Department as a gang member -- that's
4  correct, right?
5    A.    Yes, sir.
6    Q.    Latherial Boyd was not in the system as a
7  gang member, correct?
8    A.    I found nothing of that, no.
9    Q.    And you looked?
10   A.    I checked. I found nothing, yes.
11   Q.    But in any event, you had a picture of
12 Breezo and you proceed to this interview. Who was
13 present for the interview?
14   A.    Myself, Sobolewski, Sergeant Keane, and
15 Nurse Hendricks.
16   Q.    And was there another nurse there --
17 another nurse that you can't quite recall?
18   A.    There might have been people coming in
19 and out but I can't recall.
20   Q.    Does Weissman ring a bell?
21   A.    Not at all.
22   Q.    How about Grimshaw? Nurse Grimshaw?
23   A.    No.
24   Q.    Have you ever heard of those two people?

Page 86

1    Q.  Okay.  And I think we talked about this
2 but it says -- in this official report, it says:
3 Ricky related that he did not know who shot him.
4         And is that accurate?
5    A.  I don't recall that at all.
6    Q.  Okay.  It also says on the report:  It
7 might have been the Godfather.
8         I think you talked earlier about how
9 you remembered the Godfather.  Who was the
10 Godfather?
11   A.  I believe the Godfather was Rat.
12   Q.  The Godfather was Rat?
13   A.  Yes.
14   Q.  Why do you believe that?
15   A.  Because when he responds in this report
16 that he might have been Godfather, he became
17 agitated and a short time, he responded that -- oh,
18 he became agitated and said it was Godfather.  Then
19 he went on to start -- immediately after talking
20 about Godfather, he goes into relating about how he
21 owed a male black named Rat approximately $1,200 and
22 on and on and how he threatened his parents and he
23 carried 9MM.  He went on to a lot of conversation
24 about Rat.  So, to me, it appeared that Rat was

Page 87

1  Godfather.
2      Q.   So it says -- let's just read it.
3          Who might have done this -- Strike
4  that.
5          "In response to R/Ds questions as to
6  who might have done this, Warner became agitated;
7  and after a short time responded that it might have
8  been the Godfather.  He then related that he owed a
9  male black with a nickname of Rat approximately
10 $1,200 USC for an ounce of cocaine."
11         You would agree with me that there's
12 nothing is that sentence that suggests that
13 Godfather is Rat?
14     A.   Well, he says that --
15     Q.   Just in that sentence, let's take, it
16 doesn't say Godfather is Rat?
17     MS. FORDYCE:  Objection.  Please allow
18 him to finish his answer.
19 BY THE WITNESS:
20     A.   It doesn't say it isn't either.
21 BY MR. JOHNSON:
22     Q.   Okay.  So the reason you believe that --
23 and you're getting your information from this
24 report, correct?

Page 178

1  A. G.
2  Q. G came first. When would you have begun
3 it?
4  A. This one, I probably took this
5 information with Chaplain Westin, the top portion,
6 it's a little bit neater, during the phone call or
7 after the phone call. Probably during the phone
8 call because I got the names and the phone numbers
9 and that and the information they were giving to us.
10  Q. What is the date of the report?
11  A. It looks like 12 March.
12  Q. So up in the upper right-hand corner, I
13 was having trouble reading it, you think it says 12
14 March.
15  A. It looks like 12 March.
16  Q. That's what I thought, but this interview
17 took place on 13 March, right?
18  A. On 13 March? Well, I might have typed
19 this the next day, too.
20  Q. Well, let's look back on Exhibit F and
21 you can see at the front of Exhibit F, it says
22 March 13, 1990, the R/Ds received a phone call from
23 Barry Bennett.
24  A. Yes.

Page 179

1    Q.    And then this, you just testified, says
2  on G, 12 March?
3    A.    I made a mistake.
4    Q.    Is that another mistake?
5    A.    Yes, I'm human.
6    Q.    Okay.  How about at the bottom, it
7  doesn't say anything about a supervisor?
8    A.    I don't know.
9    Q.    Normally, in the normal course of things,
10 there would be a supervisor signing off on this,
11 correct?
12   A.    Yes.
13   Q.    Can you explain why there is no
14 supervisor?
15   A.    No.
16   Q.    Do you know what supervisor should have
17 signed off on this if, indeed, it had been signed
18 off on, whose duty it was?
19   A.    I would -- I can't answer that.  I don't
20 know.
21   Q.    Is that your signature at the bottom on
22 Exhibit SAO 326 reporting officer's signature?
23   A.    Yes, sir.
24   Q.    Can I now ask you, if you could, to go