# PLAINTIFF'S EXHIBIT L

```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION
```

LATHIERIAL BOYD,                      )
                                      )
              Plaintiff,              )
                                      )
         vs.                          )   No. 13 C 7152
                                      )
CITY OF CHICAGO; CHICAGO              )
POLICE OFFICER RICHARD ZULEY,         )
Star No. 15185; CHICAGO               )
POLICE OFFICER LAWRENCE               )
THEZAN, Star No. 9419;                )
CHICAGO POLICE OFFICER STEVE          )
SCHORSCH, Star No. 8955;              )
CHICAGO POLICE OFFICER JOHN           )
MURRAY, Star No. 3175;                )
CHICAGO POLICE OFFICER WAYNE          )
JOHNSON, Star No. 4266;               )
UNKNOWN CHICAGO POLICE                )
OFFICERS; and RAY KAMINSKI,           )
as special representative of          )
the Estate of former CHICAGO          )
POLICE OFFICER ANDREW                 )
SOBOLEWSKI, Star No. 16498,           )
                                      )
              Defendants.             )

         The continued videotaped deposition of
LATHIERIAL BOYD, called for examination, taken
pursuant to the Federal Rules of Civil Procedure of
the United States District Courts pertaining to the
taking of depositions, taken before Lynn A. McCauley,
CSR No. 84-003268, RPR, a Certified Shorthand
Reporter of the State of Illinois, at 77 West Wacker
Drive, Suite 2500, Chicago, Illinois, on
September 14, 2015, at 9:16 a.m.

Page 261

1   Paragraph 1 where you state, "I explained to Clifford
2   when he was out here on the 10th that the reason I
3   didn't want to admit going to Ricky's house was
4   because I didn't want you or anyone else -- or
5   anybody else to think that maybe I had something to
6   do with this crime and thus not believe my total
7   innocence and I didn't see how it could possibly be
8   proven that I had gone there."
9                Do you see that?
10      A.   Yes, I remember saying that.
11      Q.   When you wrote "I didn't see how it could
12  possibly be proven that I had gone there," what did
13  you mean by that?
14      A.   That I could not have driven a white
15  Jaguar in 1989 there and made any threats because
16  that car didn't exist at that time.
17               And I thought the fact that
18  Mr. Herbert Warner and his wife, who was present, the
19  fact that neither one of those people made a --
20  called the police, made a police report or anything.
21  And the reason they didn't I'm sure is because they
22  knew I had not made any threats.  That's what I meant
23  by that.
24      Q.   Let me turn your attention to Page 3 and

1  second.
2       A.   That's as far as it goes.
3       Q.   Did she give you any further
4  identification as to who the they were?
5       A.   No, she would have no -- I mean that
6  would have had to come from him, Mr. Warner to her.
7            I don't know.  I don't know.  That's
8  a good question.
9       Q.   Did Arnita tell you whether the
10 detectives asked him to lie about anything?
11      A.   She told me that -- I guess they -- they
12 had a lengthy conversation that I -- I remember.
13           After the sailor thing she said she
14 went on to talk to him and told -- explained to him
15 that I did not own a white Jaguar in '89 and I never
16 owned a vanity plate.
17           And his response was, "Well, that's
18 what they told me" -- "well, that's what they told
19 me" or "that's what they told me to say" so something
20 to that effect.
21      Q.   Are you in current contact with Arnita?
22      A.   Yes.
23      Q.   Where does she live?
24      A.   She's in Mississippi.