Case: 1:13-cv-07152 Document #: 127-14 Filed: 08/08/16 Page 1 of 2 PageID #:1693

# PLAINTIFF'S EXHIBIT N

"1 Slip of Paper"