# PLAINTIFF'S EXHIBIT P

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LATHIERIAL BOYD,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF CHICAGO; et. al.<br><br>    Defendants. | Case No. 13 C 7152<br><br>Judge Robert Gettleman |

**AFFIDAVIT OF JOEY KELLY**

Now comes your affiant, Joey Kelly, and states under oath as follows:

1. I am giving this statement freely, voluntarily and intelligently.

2. I have not been promised or received anything in exchange for this truthful statement.

3. I have personal knowledge of the facts stated herein and will testify to them if called upon to do so.

4. Around the time Lathierial Boyd was arrested, Detective Zuley searched my home without a search warrant. Detective Zuley identified himself for me by giving me his business card.

5. When Detective Zuley saw the photograph in my home of a man in front of a white Jaguar, he asked me who it was. I told him the man was Lathierial Boyd.

6. Detective Zuley asked if Lathierial Boyd went by any other name and I said Lathierial Boyd's had the nickname "Rat."

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Joey Kelly

Subscribed and Sworn
to before me this 4
day of August, 2016.

_____
Notary Public

```
OFFICIAL SEAL
JAMES R KIRBY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/15/19
```