# PLAINTIFF'S EXHIBIT Q

