# PLAINTIFF'S EXHIBIT U

STATE OF ILLINOIS )
                  ) SS:
COUNTY OF C O O K )

    IN THE CIRCUIT COURT OF THE COOK JUDICIAL CIRCUIT
                COOK COUNTY, ILLINOIS

THE PEOPLE OF THE    )
STATE OF ILLINOIS    )
                     )      No. 90-8602
    vs.              )
                     )      Charge:  Murder
LATHIERIAL BOYD      )

                REPORT OF PROCEEDINGS

        REPORT OF PROCEEDINGS had at the hearing in

the above-entitled cause, before the Honorable JUDGE

SHELVIN SINGER, Judge of said court, on the 2nd day of

October, A.D. 1990.

    APPEARANCES:

            MR. CECIL A. PARTEE,
                Acting State's Attorney, by:
            MS. LORI LEVIN and
            MR. JAMES BAILEY, JR.,
                Assistant State's Attorneys,
                appeared for the People.

            MR. EMORY TATE,
                appeared for the Defendant.

Monica Cheung Chow, CSR
Official Court Reporter
Circuit Court of Cook County
Criminal Division

                        55

SAO 04754

```
1                      DAVID LOFTON,

2   called as a witness on behalf of the People of the

3   State of Illinois, having been first duly sworn, was

4   examined and testified as follows:

5                   DIRECT EXAMINATION

6                    BY MS. LEVIN:

7       Q    Please state your name, spell your last name.

8       A    David P. Lofton, L-o-f, as in Frank, t-o-n.

9       Q    How old are you, sir?

10      A    Twenty one.

11      Q    Are you in school right now, sir?

12      A    Yes.

13      Q    Are you in college?

14      A    College.  Yeah, I's a college student.

15      Q    What are you majoring in?

16      A    Business, finance.

17      Q    On February 24th, 1990 in the early morning

18  hours who were you with?

19      A    I was with Jeff Osbourne, I was with Boris

20  cab, Rick Kutchek and Will Clohecy.

21      Q    Who are these people?

22      A    They're some friends of mine.

23      Q    And where were you in the early morning hours

24  on February 24th, 1990?
```

87

33

SAO 04787

1    A    We were at the Exedus Club.

2    Q    What type of club is that?

3    A    It's a reggae, you know, they have live bands

4  there.

5    Q    And approximately 2:00 o'clock in the morning

6  what did you do?

7    A    Well, we were exiting the -- we were leaving

8  the Exedus bar.

9    Q    And are there any other bars that are located

10  in the vicinity of Exedus bar?

11    A    I believe there are several, yes.

12    Q    And did you have occasion to see whether

13  there were people coming out of those clubs or bars?

14    A    Yes.  That night, yes, there were people

15  leaving the bars.

16    Q    And what side of the street were you on when

17  you got out of the Exedus Club?

18    A    It would be the east side.

19    Q    And this is the east side of what street?

20    A    Clark.

21    Q    And, sir, what occurred when you were

22  standing on the east side of Clark Street at

23  approximately 2:00 o'clock in the morning on February

24  24th, 1990?

33

34

```
 1     A     Well, two men approached us.

 2     Q     What happened at that time?

 3     A     They wanted to sell drugs is what I -- they

 4   called them buds.

 5     Q     Who specifically did they approach first?

 6     A     I believe it was Will Clohecy.

 7     Q     And what occurred at that time?

 8     A     At that time I turned to grab Will and say

 9   let's go and I heard shots fired.

10     Q     Approximately how many shots did you hear

11   fired?

12     A     Five or six.

13     Q     And what occurred at that time?

14     A     One of the shots was very loud in my right

15   ear and I felt something hit my head so at that point

16   I knew what was happening so I just fell to the ground

17   and covered my head.

18     Q     What did you cover your head with?

19     A     I put my hand on it.  I was packing snow on

20   it.

21     Q     That's your right hand?

22     A     Yeah.

23     MS. LEVIN:  May the record reflect that the

24   witness has a couple of times raised his right hand to
```

89

35