# PLAINTIFF'S EXHIBIT V

## ILLINOIS MASONIC MEDICAL CENTER
## PATIENT BELONGINGS
### ADMISSION/TRANSFER CHECK LIST

9897111 2/24/90 90
JOHN 1535 M/?

- _____ Present Medical Record
- _____ Old Medical Record
- _____ Thinned Chart
- _____ Kardex
- _____ Nursing Care Plan
- _____ Medication Sheet
- _____ Charge Plate
- _____ Unit Dose Medications
- _____ I.V. Dose Medications
- _____ Medications From Home
- _____ _____
- _____ _____
- _____ Patient Care Kit
- _____ Jewelry
  - Bracelet _____
  - Earrings _____
  - Necklace _____
  - Ring _____
- _____ Money ($_____)
- _____ Purse
- _____ Wallet
- _____ Credit Cards
- _____ Watch
- _____ Contact Lens
- _____ Crutches
  - Cane, Brace _____
- _____ Dentures/
  - Partials _____
- _____ Eye Glasses
- _____ Hearing Aid
- _____ Prosthesis
- _____ Razor
- _____ Suitcase

- _____ Blouse
- _____ Boots
- _____ Brassiere
- ✓ Coat Cut
- _____ Dress
- ✓ Gloves
- _____ Hat
- _____ Jacket
- _____ Night Gown
- _____ Pajamas
- _____ Robe
- _____ Scarf
- _____ Shirt
- _____ Skirt
- _____ Shorts
- _____ Slip
- _____ Slippers
- ✓ Shoes
- _____ Slacks
- ✓ Socks/Hose
- _____ Suit
- ✓ Sweater
- _____ Tie
- ✓ Underpants
- _____ Undershirt
- _____ Wig

**FOR ER USE ONLY** | To Security | To ED Safe | To Family

Purse /
Wallet /
Checkbook /
Keys /
Currency $ 15 — | X
Credit Cards: (describe)
NONE

Jewelry: (describe)
ONE
NONE

Patient's Signature _____ Date _____

Signature of Transferring Nurse _____

Other Items (specify below—e.g. radio)
3 Bags etc

Sent Home: _____

To Cashier Via Security: _____

To Pt. Locker Room (631): _____

Signature of Admitting Nurse (631): _____

Date of Transfer: _____ Time: _____ From Room # _____ To # _____

Signature of Transfer Nurse: _____

Signature of Receiving Nurse: _____

### FOR SECURITY USE ONLY

If patient is deceased:
Place valuables such as keys, wallet, and credit cards in Patient Valuable Envelope.
Dentures should be left in patient.
Jewelry left on patient. Yes _____ No _____

Date _____

RN Transferring Belongings to Security _____

Security Officer Accepting Belongings _____

Person Accepting Items From Security _____

023 0272c Rev 7/88

**DISTRIBUTION**
White - Medical Record
Yellow - Referral
Pink - ED File

LB 00401

SAO 00290