# PLAINTIFF'S EXHIBIT X

GENERAL PROGRESS REPORT
DETECTIVE DIVISION/CHICAGO POLICE

DATE OF ORIG. CASE REPORT: 24 Feb 90
DATE OF THIS REPORT: 24 Feb 90 1st

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT: Homicide/Murder
VICTIM'S NAME AS SHOWN ON CASE REPORT: John Doe KNA Michael FLEMMING
BEAT, UNIT ASSIGNED: 5618

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

THINGS TO DO:::

#1. Notify the family of Michael Flemming of his untimely passing. Copy of rap sheet attached. A/4 NOTIFIED 1325 Ewa SISTER ADA FLEMMING of 3251a), FULTON CALLED 24Feb40 - 1415

#2. Notify family of Ricky Warner that he is in Illinois Masonic in critical condition. A copy of his rap sheet is attached. MAYWOOD PD-NOTIFIED @ 1320 Ewa

#3. The owner of the truck with the bullet in it is Daniel Malloy. He is to come into the office so we can recover the bullet from the tail gate. Our mobile crime lab was unable to recover it on the street. It was suggested that the truck be brought into the Area garage in order to take the tail gate apart. The bullet should be trapped between the panels of the tail gate.

#4. Identify and locate the older female black who was working in the ticket booth of the parking lot at approx 3507 N. Clark St. She was in the booth at the time of the shooting.

#5. Interview Luther Thomas (Owner of the Boogaloo Tavern on Clark St.) He alledgedly was chased by a group of Jamaicans at time of incident.

#6. Identify and locate "BREEZO" the name on the scrap of paper that Ricky Warner had in his pocket. Phone # 329-4789. This is a beeper #.

REPORTING OFFICER'S SIGNATURE—STAR NO. Kowalski/Sikorski 16755/13499
RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. 727
DAY-MO-YR. 25FEB90 TIME 1400
CPD-23.122 (Rev. 2/83)

LB 00256

SAO 00229