# PLAINTIFF'S EXHIBIT Y

| PROPERTY INVENTORY - NO. | | | | | | UNIT | INVENTORY NO. | |
|---|---|---|---|---|---|---|---|---|
| CHICAGO POLICE 733941 | | | | | ☒ NONE | | 733941 | |
| DAY | MONTH | YEAR | R.D. NO. | | NO. | CROSS REFERENCE | | NOTICE TO PROPERTY OWNER OR CLAIMANT |
| 24 | FEB | 90 | N-08864 | | | K S. | | |
| | QUANTITY | DESCRIPTION | | | | U.S.C. ONLY | | |
| 1 | 1 | SCRAP OF PAPER W/ ___ ___ A.) | | | | N/V | | [ ] PROPERTY RELEASE ORDER (CPD 34-554) REQUIRED |
| 2 | | NAME OF "BREE___" | | | | | | RETURN TO THE POLICE STATION WHERE YOUR PROPERTY WAS TAKEN FROM YOU... |
| 7 | | HOMICIDE CASE | | | | | | |
| | | EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY | | | | TOTAL CASH U.S.C. N/V | | |

**EXHIBIT**

CHECK ALL BOXES APPLICABLE:
- [ ] U.S. CURRENCY TO BE DEPOSITED
- [ ] U.S. CURRENCY HELD IN ORIGINAL FORM — DO NOT DEPOSIT —
- [ ] C.P.D. CONTINGENCY FUND MONEY
- [ ] GAMBLING RAID SEIZURE
- [ ] MEDICAL EXAMINER'S PROPERTY
- [ ] MISDEMEANOR STATE CHARGE(S)
- [ ] JUVENILE
- [X] HOMICIDE
- [ ] ARSON
- [X] FELONY
- [ ] MANSLAUGHTER
- [ ] NARCOTICS & RELATED

VENDED/SEIZED FROM NAME: JOHN DOE AT: ILL MASONIC HOSP___
[X] DECEASED [X] ARRESTED
OWNER'S NAME: JOHN DOE

FOUND BY: ___
[X] C.P.D.

[X] HOLD FOR INVESTIGATION AND/OR EVIDENCE
INVESTIGATING OFFICER — STAR NO. — UNIT: KOWALSKI 16755 662
1st OFFICER'S NAME: DET. D KOWALSKI
SIGNATURE: D Kow___
2nd OFFICER'S NAME: DET. R SOKORSKI 13499
SIGNATURE: R Sohorsk

INITIAL DESTINATION OF PROPERTY:
[X] EVIDENCE & RECOVERED PROPERTY SECTION
[ ] MEDICAL EXAMINER
[ ] CRIME LABORATORY
[ ] AUTO POUND NO.:

VIA: [X] POLICE MAIL [ ] RECOVERING UNIT PERSONNEL [ ] E. & R.P.S. PICKUP [ ] EVID./LAB. TECHNICIAN
APPROVING DESK SERGEANT: C___ ___ STAR NO: 727 DATE: 4 FEB 90 TIME: 1220

COPY 4 — GIVE OR SEND TO FINDER, ARRESTEE OR OWNER

ARRESTEE INFORMATION:
SEIZURE WITHOUT SEARCH WARRANT (Ill. Rev. Stat. Chap. 38, Sec. 108-2)
GIVE THIS COPY TO ARRESTEE. IF NOT ACCEPTED, ATTACH TO COPY 3
SEIZURE WITH SEARCH WARRANT (Ill. Rev. Stat. Chap. 38, Sec. 108-10)
ATTACH THIS COPY TO SEARCH WARRANT

SAO 00566

LB 00254