# PLAINTIFF'S EXHIBIT Z

GENERAL PROGRESS REPORT
DETECTIVE DIVISION/CHICAGO POLICE

| | DATE OF ORIG. CASE REPORT | | | DATE OF THIS REPORT | | |
|---|---|---|---|---|---|---|
| | DAY | MONTH | YEAR | DAY | MONTH | WATCH |
| | 24 | Feb | 90 | 24 | Feb | 2 |

| OFFENSE CLASSIFICATION–LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT UNIT ASSIGNED |
|---|---|---|
| Homicide/Murder 1st Degree | FLEMING,Michael | 5631 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

#1. Area 4 V.C. Det. Abru notified Michael FLEMING'S sister Ada FLEMING of Michael's death

FLEMING,Ada F/B, 3Jul70, 3251 W. Fulton, phone 533-8653

#2. Per Lt. Jenkins of the Maywood, P.D., the father of Ricky WARNER has been notified

that his son is at the Ill. Masonic Hosp. in critical condition.

#3. The owner of the truck with the bullet in it is Daniel Malloy. He said he will be

coming into the Area 6 office after 1800 Hrs. on 24 Feb 90, so we can recover the

bullet from the tailgate.( No one at the garage to assist removable, but tools are
available.)

#4. Identify and locate the older female black who was working in the ticket booth

of the parking lot at approx. 3507 N. Clark St. She was in the booth at the time of

the shooting. Try and locate her between the hours of 1700-0200

#5. Per Det. Sikorski the wife of Luther THOMAS called about the well being of her husband

Mrs. THOMAS related that her husband is the owner of the Boogaloo Tavern ,Cornelia &

Clark St. and he did not return home last night. He alledgedly was chased by a group

of Jamaicans at the time of the incident. The address and phone number of Luther

THOMAS are unknown but he had returned home and is suppose to come into area 6

for an interview.

#6. Identify and locate "Breezo" the name on the piece of paper in Ricky WARNER's

pocket. The number 329-4789 is a beeper #, (Roger's Radio 55 E. Washington

is a paging company, no answer)

| REPORTING OFFICER'S SIGNATURE–STAR NO. | RECEIVED BY, SUPERVISOR'S SIGNATURE–STAR NO. | DAY–MO.–YR. | TIME |
|---|---|---|---|
| T. Johnson , S. Schorsch | 727 | 25FEB90 | 1400 |

CPD-23.122 (Rev. 2/83)

R.D. NO. N-088-648

LB 00258

SAO 00231