# PLAINTIFF'S EXHIBIT AA

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LATHIERIAL BOYD,                )
                                )
        Plaintiff,              )
                                )
    vs.                         ) No. 13-cv-7152
                                )
CITY OF CHICAGO, et al.,        )
                                )
        Defendants.             )

       The deposition of WAYNE JOHNSON, called for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before KELLY A. BRICHETTO, CSR No. 84-3252, a Notary Public and Certified Shorthand Reporter, of the State of Illinois, taken at Suite 650, 1901 Butterfield Road, Downers Grove, Illinois, on the 27th day of October, 2015, at 2:00 p.m.

Page 50

BY MS. ZELLNER:

Q. Well, do different gangs -- have they been known to use certain types of weapons?

A. I can't say specifically that one gang uses this and one gang uses that, no. I couldn't say that.

Q. Have you ever heard of the Jamaican Shower Posse --

A. Yes.

Q. -- in the United States?

And they were quite notorious between 1987 and 1992; correct?

A. Yes.

Q. And there were books written about them?

A. Yes.

Q. And there were articles written about them; correct?

A. Yes.

Q. Okay. And one of their -- one of the weapons that they use that's well documented is a .9 millimeter TEC. Do you know what that is?

A. .9 millimeter TEC?

Q. TEC. Do you know what that weapon looks like?

A. No, not specifically, no.

Page 59

1  00816: "He was also informed of the conviction and on 8
2  June called this reporting detective at Area 3 to inform
3  him this process of review would take some time in that
4  the trial transcript would have to be obtained and
5  reviewed before a determination could be made. On 25
6  August '93, Area 3 Violent Crimes was contacted by ASA
7  Gary Howard, Chief of Felony Review. ASA Howard informed
8  the second watch WC Sergeant Keane that his office
9  determined that no further charges would be placed and a
10 bar to prosecution was ordered." Did I read that
11 correctly?
12        A.    Yes.
13        Q.    And did that information come to you from
14 Sergeant Keane?
15        A.    That I can't recall.
16        Q.    Okay. "At this time this reporting detective
17 in view of the above facts requested the case remain
18 cleared and closed by arrest;" correct?
19        A.    Correct.
20        Q.    So the Felony Review Division of the Cook
21 County State's Attorney's Office refused to charge a
22 second murder; correct, to Lathierial Boyd; is that
23 right?
24              MR. MICHALIK: Object to the form.