# PLAINTIFF'S EXHIBIT BB

SUPPLEMENTARY REPORT

HOMICIDE/ Murder 1st Degree    0110    3505 N.Clark    2331

FLEMING, Michael    5624

STREET    304    5    Unk.

**PERMANENT RETENTION FILE**

DNA    DNA    FIELD    662    PROGRESS

60. NARRATIVE

THIS IS AN AREA SIX VIOLENT CRIMES UNIT HOMICIDE/MURDER PROGRESS REPORT.

INTERVIEWED:    ZONE, Marie   F/B   62yrs.   DOB 10Jun27

3504 N.Sheffield   H/P 472-9405   employed as

parking attendant at Secure Parking

3507 N.Clark   Bus#935-5084.

(Continued page#2)

Normal    24 Feb 90    2300    Sgt. Toenings 1459

Det. A.Sobolewski   16498   Det. L.Thezan   9419    24 FEB 90   0345

LB 00095

SAO 01378

HOMICIDE Murder　　　　　　　　(Page#2)　　　　　　　24 February 1947
FLEMING, Michael
R.D.#N-081748

## PERMANENT RETENTION FILE

INTERVIEWED(CONT.):　　　　LESTER, Timothy　M/W　32yrs.　DOB 27Feb57
　　　　　　　　　　　　　　640 W.Barry　H/P 549-9263　employed as a
　　　　　　　　　　　　　　bartender at the BoogaLou Tavern,
　　　　　　　　　　　　　　3434 N.Clark　Bus#549-9692.

　　　　　　　　　　　　　　FLEMING, Francis　F/B　35yrs.　DOB 30Jul54
　　　　　　　　　　　　　　3251 W.Fulton　2nd.flr.　H/P none, can be reached
　　　　　　　　　　　　　　at sisters'#384-4940(Betty Jackson); mother of
　　　　　　　　　　　　　　victim Michael FLEMING.

　　　　　　　　　　　　　　PARKER, Charisse　F/B　19yrs.　DOB 07Oct70
　　　　　　　　　　　　　　5337 W.Van Buren (house)　H/P 287-8548　unemploye
　　　　　　　　　　　　　　girlfriend of victim(FLEMING, Michael).

INVESTIGATION:　　　　　　　R/Ds were assigned to continue the investigation
　　　　　　　　　　　　　　of the HOMICIDE/ Murder of Michael FLEMING by
Sgt.J.Toenings#1459 of Area Six Violent Crimes Unit. In furtherance of this investigation,
R/Ds proceeded to the Secure Parking Lot located at 3507 N.Clark to interview the attendant
who was on duty at or about the time of the incident and who had not been interviewed.

　　　　　　　　　　　　　　R/Ds did in fact interview Marie ZONE, the atten-
　　　　　　　　　　　　　　dant who was on duty when the incident occurred.
The following is a summary of that interview, in essence but not verbatim;

ZONE, Marie:　　　　　　　　had in fact been working when the shooting occurr
　　　　　　　　　　　　　　She had been getting ready to close up and leave,
when she heard what she thought was firecrackers going off. When she looked in the directio
of the noises, just south of the attendants' booth, she observed the two(2) victims on the
ground. She recalled hearing two(2) or three(3) shots, and saw people scattering/running.
She did not see who had shot the victims, and could add nothing further.

　　　　　　　　　　　　　　R/Ds then went to the BoogaLous' Tavern and spoke
　　　　　　　　　　　　　　to the bartender Timothy LESTER. He related that
he had not observed what had happened on the street. That when he closed the tavern, shortl
after 2:00 AM, he had been told that there had been a shooting across the street. He was al
requested to have Luther THOMAS, owner of the tavern, contact R/Ds if he had any pertinent
information concerning this matter.

　　　　　　　　　　　　　　R/Ds, in attempting to gather information regardi
　　　　　　　　　　　　　　this incident, proceeded to 3251 W.Fulton and wer
able to interview victim's mother, Francis FLEMING. She related that Michael(FLEMING) and
his cousin, Ricky(WARNER) spent a lot of time together. That she did not know what they did
that Michael came and went as he wanted to. She could add nothing additional which would be
of any evidentuary value to this investigation.

　　　　　　　　　　　　　　　　　　　　　　　　While at the home of victims' mother, R/Ds also
　　　　　　　　　　　　　　　　　　　　　　　　spoke to Charisse PARKER, the victim's girlfriend
She related,in summary, the following;

PARKER, Charisse:　　　　　　she had been with Michael and Ricky at 3251 W.

(Continued page#3)

LB 00096

SAO 01379

HOMICIDE Murder (Page#3) 14 February 1990
FLEMI J. Michael
R.D.#N-029648

PARKER, Cahrisse(CONT.): Fulton. That they had been watching television and had been aware of a large crowd at Wrigley Field. That they had been selling narcotics in the area, particularly near the Wild Hare Tavern, on weekends for some time. That they would go to this area, approach people around the taverns and sell some marijuana and cocaine. That they were small dealers just trying to make a little money. That after seeing the crownd by Wrigley Field, Ricky had said that there was money to be made, and she had observed both Ricky and Michael take some marijuana in a plast bag, and also when they both were crushing some white pills into a powder, which resembled cocaine. That they both then left the apartment at 3251 W.Fulton at about 10:00 PM. She also related that they did not have a car, and that they went up north by taking the elevated. She continued that she had been in the area with Michael on several locations, and that she recalled that the manager of the White Hare tavern had told Michael not to hang around. She surmised that he knew what Michael and Ricky were doing. She recalled Michael telling her that he had a problem with three(3) black guys to whom he had sold some fake cocaine, and that he had some altercation with some white guys for the same reason, but she could not furnish R/Ds with any additional information at this time. When R/Ds inquired if she knew anyone by the nickname of "Breezo" she related that she remembered someone by the name of "Breeze", but she did not know his real name. That she would attempt to find out through he friends. She thought that this person might be someone to whom Michael and Ricky had sold narcotics to, and had given them his pager number for future transactions. She also related that she would recontact R/Ds if she had any new information.

R/Ds returned to Area Six Violent Crimes Unit and contacted Daniel MALLOY for the removel of a pell from his truck's tailgate. He did in fact appear at Area Six; however, R/Ds, along with the Crime Lab personnel were unable to remove said pellet since there were no apropriate tools for the removal of a panel which needed to be opened for access to this pellet. Daniel MALLOY agreed to return to Area Six on Monday, 26Feb90, at 0900hrs. to accomplish said remo

This is a continuing investigation...

**PERMANENT RETENTION FILE**

LB 00097

SAO 01380