# PLAINTIFF'S EXHIBIT DD

```
 1   STATE OF ILLINOIS  )
                        ) SS:
 2   COUNTY OF COOK     )

 3    IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
           COUNTY DEPARTMENT - CRIMINAL DIVISION
 4
     THE PEOPLE OF THE      )
 5   STATE OF ILLINOIS      )
                            )
 6          Plaintiff,      )
                            )
 7       vs.                )   No. 90-CR-08602-01
                            )
 8   LATHIERIAL BOYD,       )
                            )
 9          Defendant.      )

10

11          REPORT OF PROCEEDINGS had before the

12   HONORABLE JAMES D. EGAN on the 12th day of

13   January, 2004.

14

15          APPEARANCES:

16
            MR. RICHARD A. DEVINE,
17              State's Attorney of Cook County, by:
            MS. CARMEN AGUILAR
18               and
            MR. MARK ERTLER,
19              Assistant State's Attorneys,
                appeared for the Plaintiff;
20
            MR. JEFFREY URDANGEN
21               and
            MS. LISA PARKER GATES,
22              Attorneys At Law,
                appeared for the Defendant.
23
     Connie L. James, CSR
24   Official Court Reporter
     License #084-002510
```

1

SAO 05868

```
 1   curl in his hair, as well.  Saw more of his arm
 2   than anything else.  He had his arm over the
 3   steering wheel.
 4       Q    And then you said you saw someone come
 5   out of car and run around the front of the car?
 6       A.   Correct.
 7       Q    And then where did that person go?
 8       A.   Ran up to the street, curb side, like
 9   stayed in the street but right where the curb
10   met the street.
11       Q    And were you looking at this person at
12   the point where he stopped in the street?
13       A.   Correct, yes.
14       Q    How much of him could you see, what
15   angle were you looking at him?
16       A.   I'd say I could see him clearly from
17   his thighs up to the top of his head.
18       Q    And was he facing towards you?
19       A.   For brief moments, yes.
20       Q    What did he look like?
21       A.   Between five/eight and five/ten, at
22   best, somewhere in there, little -- what I would
23   consider a shorter male, very dark complected,
24   had the -- the sides of his head were shaved
```

SAO 05891

```
 1    very closely to his head and he had a little bit
 2    of hair left on top.  I believe in those days it
 3    was called fade.  He had a mustache on his face.
 4    He had very high cheek bones and a very, very
 5    large jaw, chin, very angular jaw.  He was
 6    wearing a black leather jacket and some blue
 7    jeans.
 8         Q    Would you say you got a good look at
 9    him?
10         A.   Very, yes.
11         Q    Was there anything between you and him
12    when you were looking at him?
13         A.   No.
14         Q    Was there a light anywhere nearby?
15         A.   There was a Sun Times box to my left
16    that was attached to a light post.
17         Q    What happened when the man stopped in
18    the street in front of you?
19         A.   He opened up his jacket, and pulled
20    out a gun and started to spray the block with
21    bullets.
22         Q    Which direction was he shooting?
23         A.   He was shooting towards the gentlemen
24    who were selling marijuana and the three
```

SAO 05892