# PLAINTIFF'S EXHIBIT EE

COUNTY OF COOK

STATE OF ILLINOIS

### AFFIDAVIT OF JENNIFER BONANNO

I, Jennifer Bonanno, having first been duly sworn under oath, hereby states as follows:

1. I am a 31-year-old woman who works as a computer programmer. I have never been in any trouble with the law at any time in my life.

2. On February 23, 1990, I was celebrating my birthday a few days early (2/27). My friend Tishyra Ward and I went to the Exedus bar on Clark Street between 9:00 p.m. and 10:00 p.m. that evening. I was at the bar dancing until the bar closed at 2:00 a.m. on February 24. During the course of the evening, I had three or four drinks, but was not drunk in any way.

3. When Tishyra and I walked out of the bar after it closed, we were approached by two Black men who asked whether we wanted to buy any marijuana. We said no. These two men then turned away from us and were facing away from Clark Street.

4. At this point, a car traveling South on Clark Street screeched to a stop and I looked over to see what happened. I saw a man get out of the front passenger seat of the car and walk toward the two men who had just tried to sell us marijuana. The man who got out of the car came within 8-10 feet of where I was standing.

5. The man who got out of the car was a very dark Black man. I would call his complexion "midnight black." He was 5'8" or 5'9" tall and had a relatively small build. His face was very distinctive. He had a very prominent square chin that was very large. His haircut was unusual. It appeared to be shaved on the sides with a flat-top. He had a full mouth and high cheekbones.

6. I saw the man open his coat and take out a black gun. The gun had a prominent square part. I then heard a round of shots, and I dropped to the ground. The two men who were shot were facing away from the shooter when the shots were fired.

7. When the police arrived, they gathered all the witnesses up and took us to the police station. We stayed there for many hours. I was interviewed by a detective there and gave him my description of the shooter, including all of the details I have set forth above in paragraph 5. The police showed me pictures of suspects but I did not see the shooter in any of the pictures.

8. Several weeks later, two detectives found me and took me to a lineup at the Belmont police station. While I was waiting to view the lineup, I was in a room with other witnesses in the case. One of these people (a heavyset Black man who said he was a cousin of one of the victims) told me that the police had a suspect and that the father of one of the victims had heard his son argue with this man over a $500 debt for some drugs.

-1-

SAO 02139

9. One of the detectives then came and took me over to a window where I viewed the lineup. Besides the detective and myself, no one else was there with us during my viewing of the lineup. The detective was in his 40s or 50s, was tall, heavyset, had a mustache and had bushy hair. I never told this detective or any other police officer that because I had been drinking on the night of the shooting, I might not be able to make an identification.

10. When the detective lifted up the shade for me to view the lineup, I looked at the six men who were there. Five of them appeared pretty scruffy while one of them was clean cut and dressed in a "preppy" manner. Exhibit A to this affidavit is a photograph of the lineup that I saw.

11. The detective asked me whether I recognized anyone. I looked carefully at the men and told the detective that the shooter was definitely not in the lineup. The detective then told me, "come on, you were standing right there. I know you saw him." I told the detective that the person I saw was definitely not in the lineup. I said that the only person that even resembled the shooter a little was one of the dark men in the middle, but that man was definitely not the shooter. I then asked the detective which of the men in the lineup the police had suspected. The detective pointed to the last man in the row (the one standing in on the left side of Exhibit A)–the one who I thought looked "preppy." (This is the same man depicted in Exhibit B). I said to the detective, "you mean the preppy guy?" The detective said, "yeah." I told the detective that there was no way in the world that this was the shooter. I explained that this man looked nothing like the shooter. 

12. After the lineup in 1990, I never heard anything about the case until 2001. I was in Chicago for a few months after the lineup, but I then moved around for several years, going to school and/or living in the suburbs of Chicago, Wisconsin, New Mexico and Quebec, Canada. I did not generally have a telephone listed under my name during the period. At no time did I ever live in Eastpointe, Michigan.

13. I moved back to Chicago in the Summer of 2001. Soon after that, I was contacted by Jason Jedlinski, a producer from WGN-TV. The producer told me that he was contacting the witnesses from the shooting and showed me a picture of the lineup that I had viewed back in 1990. I told him that I had told the police that the shooter was definitely not in the lineup. When I realized that the man at the end of the row (who I now have learned is named Lathierial Boyd) was convicted, I felt awful. I am 100% certain that this man was not the shooter and looks nothing like the man who fired the shots.

14. Had I known that this man was being charged with the crime, I would have done everything in my power to testify on his behalf so that the jury would know that he was not the man who shot the gun that night.

15. I later met with Lawrence C. Marshall and Brianna Smith, who interviewed me and prepared this affidavit for me to sign. I have read it carefully, made various edits to an earlier draft, and all of it is true.

SAO 02140

16. I have been given nothing by anyone in return for my willingness to help. I was raised to believe that it is a crime to sit by while injustice occurs. That is why I am doing whatever I can to make sure that everyone understands that the man who was convicted is not the man who committed the crime.

Further affiant sayeth not.

_Jennifer Bonanno_
Jennifer Bonanno

Signed and sworn before me on this 28th day of February, 2002

_Louise Ortiz_
Notary Public

OFFICIAL SEAL
LOUISE C ORTIZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/13/0

-3-

16. I have been given nothing by anyone in return for my willingness to help. I was raised to believe that it is a crime to sit by while injustice occurs. That is why I am doing whatever I can to make sure that everyone understands that the man who was convicted is not the man who committed the crime.

Further affiant sayeth not.

*Jennifer Bonanno*
Jennifer Bonanno

Signed and sworn before me on this 28th day of February, 2002

*Louise Ortiz*
Notary Public

OFFICIAL SEAL
LOUISE C ORTIZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/13/0

-3-

SAO 02141



SAO 02142

Exhibit A to Bonamo Affidavit
of 2/25/02 JB

Lineup photo
N-083-648
March 12 1990
Trial Exhibit
12

SAO 02143



SAO 02144

19E

Exhibit B to Bonanno Affidavit of 2/28/02 *JB*

SAO 02145