# PLAINTIFF'S EXHIBIT FF

```
 1  STATE OF ILLINOIS )
                      )
 2  COUNTY OF C O O K )

 3        IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
              COUNTY DEPARTMENT - CRIMINAL DIVISION
 4
    THE PEOPLE OF THE     )
 5  STATE OF ILLINOIS,    )
                          )
 6                        )   No. 90 CR 8602
              vs.         )   CHARGE: MURDER
 7                        )
    LATHIERIAL BOYD       )
 8                        )
          The deposition of JENNIFER BONANNO,
 9  taken before HELEN M. HACKNEY, CSR, RPR, pursuant to
    the provisions of the Illinois Code of Civil Procedure
10  and the Rules of the Supreme Court thereof pertaining
    to the taking of depositions for the purpose of
11  discovery at 2650 S. California, 11B Wing, Chicago,
    Illinois, commencing at 1:30 p.m. on the 3rd day of
12  February, 2003.
        APPEARANCES:
13
                         MR. MARK ERTLER,
14                       MS. CARMEN AGUILAR &
                         MR. ROBERT ROBERTSON,
15                       Assistant State's Attorneys,
                         on behalf of the People;
16
                         JENNER & BLOCK, BY:
17                       MS. LISA PARKER GATES:
                         on behalf of the Defendant,
18                       Lathierial Boyd.

19                       FOLEY & LARDNER, BY:
                         MR. DANIEL S. REINBERG & MR.
20                       JOSEPH LOTUS:
                         on behalf of the witness,
21                       Jennifer Bonanno.

22  Helen M. Hackney, CSR, RPR
    Official Court Reporter
23  2650 South California
    Chicago, Illinois 60608
24  (773)869-6065
```

1

SAO 01418

```
 1    A.    The bar was behind me.
 2    Q.    Okay.
 3          Were you standing directly between the
 4    door of the bar and the street?
 5    A.    I don't know where the door of the bar was
 6    at that time.  We had walked down the block a bit so
 7    the door to the bar would have been behind me and to
 8    my right.
 9    Q.    Okay.
10          When you walked out of the door of the
11    bar which way did you turn; right or left?
12    A.    Right.
13    Q.    Okay.  All right.
14          Could you describe the man that you saw
15    get out of the passenger side of this car?
16    A.    Yes.
17    Q.    Please do.
18    A.    5'9, 5'10, maybe 180, 190.  He was stocky
19    but small, jet black complexion, very very dark, had a
20    very distinctive bone feature in his face.
21    Q.    What do you mean by that?
22    A.    I remember his face because his chin was
23    huge.  It was as big as my kneecap.  It just made it
24    very odd, and it protruded, which was accentuated by
```

SAO 01462

```
 1   the one in the gray and white striped shirt.
 2       Q.      What happened then?
 3       A.      He took me over, explained the procedure
 4   for the lineup, that I could see them, they couldn't
 5   see me, take my time, that kind of a thing.
 6       Q.      Okay.
 7               Do you remember anything --
 8       A.      Very general.
 9       Q.      -- anything specifically?
10       A.      Pardon me?
11       Q.      Do you recall anything specifically that
12   the police officer told you?
13       A.      He wanted me to take my time, look at each
14   one individually, and if I saw anything to let -- saw
15   anyone I recognized that I was to let him know.
16       Q.      Okay.
17               Just explain what happened next.
18       A.      They ushered a bunch of guys in a room when
19   I was standing on the other side of the window.
20       Q.      Where were they?
21       A.      They all lined up. He had me look at each
22   one which I did, and I said I couldn't identify any of
23   them.
24       Q.      Do you remember what your words were?
```

SAO 01496

1   A.   I don't recognize anyone.

2   Q.   What happened then?

3   A.   Look again.  The scenario went on for
4   awhile.

5   Q.   How long?

6   A.   Probably a good 5, 10 minutes, somewhere in
7   there.  I mean he told me to look again, please be
8   sure, look again, please be sure.  I kept telling him
9   I don't recognize anyone.

10  Q.   What happened?

11  A.   I got to the point where finally I kind of
12  gave in a little and said, okay, look this man -- if I
13  had to pick somebody in this lineup, there was a
14  smaller man wearing a green tee shirt that was very,
15  very dark complected; and I said if I had to pick
16  anybody who that like the shooter I would pick the man
17  in the green shirt, but that's not him.

18  Q.   Okay.

19  A.   That's what I told the police officer, and
20  he was adamant.  Please look again, you know.  I know
21  you were standing right there.  Please, look again.
22  He just went on and on.

23  Q.   What else do you recall about that lineup?

24  A.   He had given up finally, the police

SAO 01497

```
1   officer.  Like he was very disappointed that I
2   couldn't identify this man, that I couldn't identify
3   any man.  I asked him at that point who were you
4   looking for me to pick.  I mean it was obvious to me
5   he had a favorite, and I knew the shooter wasn't in
6   there, and he pointed to the guy on the end.
7        Q.    Which end?
8        A.    On the left end, the last one on the left
9   side in line.
10       Q.    Would that be your left as you are facing
11  the lineup?
12       A.    Correct.
13       Q.    Were you still looking through the window
14  when you had this discussion with the police officer?
15       A.    Yes, I was.
16       Q.    Were the other men in the lineup still in
17  the next room while you had this discussion?
18       A.    Yes.
19       Q.    Okay.
20             Tell us what happened then.
21       A.    I just asked him who are you looking for me
22  to pick.  He pointed to the guy on the end, and I
23  laughed.  That's when I went, "the preppie guy?"  I
24  said never saw him there that night.
```

SAO 01498

1  Q.    What did the police officer say?
2  A.    He said are you sure you never saw him that
3  night? I said yes. That was it. Then he had me go
4  look at pictures. He had a bunch of pictures laid out
5  on a table of guns that he wanted me to look. He took
6  me around the corner to go look at them.
7  Q.    When you say preppie guy, how do you define
8  preppie?
9  A.    He was dressed pretty preppie. He was the
10 only one -- like everyone in the lineup was kind of
11 wearing sloppy, unkempt clothes again, tee shirts,
12 work pants. This guy was in a really nice pair of
13 jeans, brand new sweatshirt. He looked like he was
14 wearing brand new preppie clothes.
15       I think it was B.U.M or Guess, but it
16 was a very vivid peach color, and it was very clean
17 and very vibrant, and he had very light colored blue
18 jeans on.
19 Q.    Did anyone else have a sweater or
20 sweatshirt on in the lineup?
21 A.    No. Everybody else was wearing either a
22 tee shirt or a regular shirt.
23 Q.    Okay.
24       You said the next thing after the lineup

SAO 01499