# PLAINTIFF'S EXHIBIT GG

# CHICAGO POLICE ARREST REPORT
CPD-11.420 (Rev. 5/88)

| Field | Value |
|---|---|
| 1. Name (Last, First, Middle) | BOYD, Lathierial J. |
| 2. Sex | M |
| 3. Race | (blank) |
| 4. Date of Birth | 30 Jan 60 |
| 5. Address of Arrest | 2452 W. Belmont |
| 6. Age | 24 |
| 7. Alias | "RAT" |
| 8. C.B. No. | 500-734 |
| 10. Enter Locat. Code | 292 |
| 11. Dist./Res. | 013 |
| 12. Residence Address | 525 N. Halsted apt #211 |
| 14. R.D. No. | N-088 648 |
| 15. Ed. Arrest | (blank) |
| 16. Assaulted Officer | No (X) |
| 17. Officer Injured | No (X) |
| 18. Sobriety | Sober (X) |
| 19. State/Place of Birth | IL |
| Drivers License No. | B300-5306-6030 |
| State | IL |
| 20. I.B. No. | 666 393 |
| 21. Weapon | Pistol-Revolver |
| 22. Height | 6-1 |
| 23. Weight | 220 |
| 24. Eyes | brn |
| 25. Hair | blk |
| 26. Complexion | med/lt. |
| 28. Glasses | No |
| 29. Build | Slender |
| 30. Marks, Scars, Deformities | None Visable |
| 31. Beat of Arrest | 1922 |
| 32. Date of Arrest | 12 Mar 90 |
| Time | 1130 |
| 34. Where Employed | Self Employed |
| 35. Occupation | Real Estate |
| 36. No. Arrested | 1 |
| 37. Time Fingerprinted | 0300 |
| 38. References | 1. Chpt 38 Sec9-1(a)(1) — First Degree Murder<br>2. Chpt 38 Sec8-4(a) — Attempt Murder |
| 42. Initial Approval of Probable Cause | Capt. J. McCarthy 38 |
| 43. Date Charged | 12 Mar 90 |
| 36. Name of Victim/Complainant | FLEMING, Michael (Deceased) State of ILLINOIS |
| Address | 2452 W. Belmont |
| Phone | 744-8261 |

**48. NARRATIVE** (The facts for probable cause to arrest include, but are not limited to the following:)

Above subject arrested after being identified by Attempt Murder victim Ricky Warner as the man who, on 24 Feb 90 at 3505 N. Clark Street, approached said victim Ricky Warner and Michael FLEMING (Deceased) and opened fire with a handgun, killing Michael Fleming and wounding Ricky Warner.

CHARGES APPROVED: A/S/A Ryan, Felony Review

Does Arrestee Have Dependent Children At Home: No (X)

I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge.

First Arresting/Appearing Officer's Signature: Richard Zuley

| Field | Value |
|---|---|
| 49. Vehicle Assigned | 3 Other |
| 50. Desired Court Date | 14 Mar 90 |
| Branch | 66-2 |
| 51. Court Sgt to Handle | No (X) |
| 52. Date Received | 13 Mar 90 0250 |
| 53. Court Docket No. | 96225468 |
| 55. First Arresting/Appearing Officer | Detective R. Zuley 15185 / Detective J. Murray 3175 |
| Unit No. | 662 |
| Beat No. | 5645 |
| Second Arresting Officer | Det. Wayne Johnson 4266 / Det. Steve Schorsch 8955 |
| Unit No. | 662 |
| Beat No. | 5621 |
| 57. Property Receipt No. | NONE |
| 58. Initial Court Date | 13 Mar 90 |

COURT COPY

SAO 03018