# PLAINTIFF'S EXHIBIT HH



JB000076