# PLAINTIFF'S EXHIBIT JJ

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT |
|---|---|
| 24 Feb 90 | 8 Mar 90 2 |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| Murder / First Degree | Flemming | 5631 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Det. Thezan

In attempting to find out the identification of RAT we did the following.

Notified carcotics to check their computer records.

Notified Villa Park Police Sgt. King 708-834-7447 to look for the Black Vette. They have no records of RAT. Will look for the car for us.

Notified Due Page County P.D. 708-682-7261, LT. Montesano. He will have his men look for the Vette.

Notified 23 tac, Sgt. Durkin.

We went thorugh the soundex, no luck.

REPORTING OFFICER'S SIGNATURE—STAR NO. Villardita / Johnson 16871

RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. 1645

DAY-MO.-YR. TIME 8 Mar 90 1500

CPD-23.122 (Rev. 2/83)

R.D. NO. N 088 648

SAO 03592