# PLAINTIFF'S EXHIBIT KK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LATHERIAL BOYD, ) | Case No. 13 C 7152 |
| Plaintiff, ) | |
| ) | Judge Robert Gettleman |
| vs. ) | |
| ) | Magistrate Judge Sidney Schenkier |
| CITY OF CHICAGO; et. al. ) | |
| Defendants. ) | |

**AFFIDAVIT OF GLENN DIAMOND**

Now comes your affiant, Glenn Diamond, and states under oath as follows:

1. I am 42 years of age and reside in Tennesee. I am not under the influence of any alcohol. I am giving this statement freely, voluntarily and intelligently.

2. I have not been promised or received anything in exchange for this truthful statement.

3. I have personal knowledge of the facts stated herein and will testify to them if called upon to do so.

4. I witnesses a shooting that occurred on February 24, 1990. I was 17 years old at the time.

5. At the time, I was in the United States Navy and was attending Great Lakes.

6. Just prior to the shooting, I had exited the Exodus Bar.

7. After the shooting, the shooter did not run away. Rather, the shooter simply turned and walked from the area.

8. I was able to view a side profile of the shooter after the shooting.

9. The shooter was a dark skinned male wearing a puffy, dark coat with a medium build.

10. The shooter was wearing all black.

11. After a period of days, I was taken to the Chicago Police Station to view a line-up. I agreed to view the line-up because I wanted to be helpful and identify the shooter if I could do so.

12. I do not recall if I was ever told the shooter may or may not be in the line-up.

13. I do not recall if I was told that I was not obligated to pick someone out of the line-up.

14. Upon viewing the line-up, the police officer, whose name I do not recall, asked me if I had to pick someone out as the shooter, who would it be?

15. At that point I told the police that the man in the middle of the line-up resembled the shooter but I was not 100 percent sure that he was the shooter.

16. The man I picked out appears in the photograph attached to this affidavit as Exhibit A. The man is third from the left and is wearing a white t-shirt and black jacket. The man resembled the shooter because of his dark skin and also, his build resembled that of the shooter. I have been provided with information that identifies the man as Theodore Simmons and shows that at the time of the line-up Mr. Simmons (whom I picked out) was five feet eleven inches tall and weighed 150 pounds. That height and weight are consistent with the shooter's height and weight.

17. I have also been provided with information that identifies the man on the far left as Lathierias Boyd and shows that at the time of the line-up, Mr. Boyd was six feet one inch

tall and weighed 215 pounds at the time of the line-up. The shooter was not that tall and did not weigh that much. The man on the far left is absolutely not the shooter.

_/s/ Glenn Diamond_
Glenn Diamond

Subscribed and Sworn
to before me this 15th
day of September, 2015.

_/s/ Kelli Michelle Botts_
Notary Public

Commission: 3/27/16

[Notary Seal: KELLI MICHELLE BOTTS, STATE OF TENNESSEE NOTARY PUBLIC, GREENE COUNTY]



```
DETECTIVE DIVISION                    2)              13 Mar 90
AREA SIX VIOLENT CRIMES                               N- 088 648
HOMICIDE/MURDER 1ST DEGREE
FLEMING, Michael
```

PERSONS PRESENT DURING LINE-UP:     Att. Robert Schroeder representing
                                                         Mr. Lathierias Boyd.

PERSONS VIEWING LINE-UP:
- #1: LOFTON, David P.
- #2: KUTCHEK, Richard R.
- #3: KABUROV, Boris P.
- #4: WARD, TISHYRA M.
- #5: BONANNO, Jennifer J.
- #6: HEATH, David S.
- #7: CLOHECY, William J.
- #8: OSBORNE, Jeff M.
- #9: DIAMOND, Glenn B.
- #10: WARNER, Herbert.

## PERMANENT RETENTION FILE

PERSONS PARTICIPATING IN LINE-UP:     ( FROM LEFT TO RIGHT )

- #1: BOYD, Lathierias J.: M/B; 24yrs old; 6'1; 215lbs; (CB# 8500 734)
- #2: SANDERS, Sean A.: M/B: 21yrs. old; 5'11; 155lbs; (CB# 8500 404)
- #3: SIMMONS, Theodore: M/B: 25yrs. old; 5'11; 150lbs; (CB# 8499 965)
- #4: DICKSON, Billie: M/B: 33yrs. old; 6'; 190lbs; (CB# 8499 954)
- #5: KELLY, Kerry: M/B: 30yrs. old; 6'; 220lbs; (CB#8500 697)
- #6: WASHINGTON, Johnny L.: M/B: 18yrs. old; 6'; 155lbs; (CB# 8500 027)

PERSONS IDENTIFIED IN LINE-UP:     See Narrative



( CONTINUED ON NEXT PAGE........)

LB 00105

SAO 01388