# PLAINTIFF'S EXHIBIT LL

INDEX

| WITNESS | PAGE | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|---|
| 8-2-90 | | | | | |
| Motion to Quash | | | | | |
| Identification: | | | | | |
| Opening Statements | | | | | |
| by Mr. Tate | 3 | | | | |
| by Ms. Levin | 6 | | | | |
| Andrew Sobolewski | | 11 | 23 | 26 | |
| Cynthia Hendricks | | 27 | 32 | 32 | |
| Richard P. Zuley | | 33 | 35 | 37 | |
| 10-2-90 | | | | | |
| Jury Waiver | 67 | | | | |
| Opening Statements | | | | | |
| by Ms. Levin | 68 | | | | |
| by Mr. Tate | 70 | | | | |
| Frances Fleming | | 72 | | | |
| Richard Kutchek | | 75 | 84 | | |
| David Lofton | | 87 | 93 | 95 | |
| William Clohecy | | 96 | 102 | | |
| Det. Ralph Sikorski | | 108 | | | |
| Herbert Warner, Sr. | | 125 | 139 | | |
| Stipulation | 155 | | | | |
| 10-16-90 | | | | | |
| Ricky Warner | | 162 | 186 | 221 | 226 |
| 10-23-90 | | | | | |
| Det. Richard Zuley | | 232 | 249 | 265 | 268 |
| Stipulation to | | | | | |
| Sobolewski Testimony | 291 | | | | |
| Cynthia Hendricks | | 291 | 295 | | |
| Angela Boyd | | 301 | 305 | | |
| Harold Casey | | 314 | 316 | | |
| 10-24-90 | | | | | |
| Court's Decision | 347 | | | | |

SAO 04699

1  that there is really very little to connect the defendant to
2  the shooting at this juncture in the case. What other
3  evidence the State may have, of course, I have no knowledge
4  about.
5           Perhaps there was an identification -- I guess
6  there was an identification by Ricky Warner's father
7  regarding some threats, a period of time several months or a
8  year prior; but I have no evidence at all of any eyewitness
9  in any witness/suspect confrontation making an
10 identification of the defendant nor do -- as the shooter, as
11 the offender. Nor, while I do have I believe enough to
12 infer that some identification of the defendant was made at
13 the lineup relative to alleged prior threats I have no
14 evidence at all of the events surrounding that identifica-
15 tion, why he made the identification, other than it was an
16 accurate identification.
17          So based on the fact that I have neither evidence
18 of a witness/suspect confrontation involving this defendant
19 and any alleged witnesses to the shooting which brings the
20 defendant before me and based on the evidence that I have
21 which is no evidence regarding the circumstances surrounding
22 the identification of Ricky Warner's father at the lineup,
23 not a scintilla of evidence surrounding that except that it
24 was a lineup confrontation, I have to deny the Motion to

44

SAO 04743