# PLAINTIFF'S EXHIBIT MM

**SUPPLEMENTARY REPORT**
CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

24 Feb. 1990

| Field | Value |
|---|---|
| Offense Classification | HOMICIDE/1st Degree Murder |
| UCR Code | 0110 |
| Address | 3505 N. Clark St. |
| Victim's Name | WARNER, Ricky |
| Beat Assigned | 5055 |
| Type of Location | Street |
| Location Code | 304 |
| No. of Victims | 1 |
| No. of Offenders | DNA |

Property: VERIFIED DNA; UPDATE TO (all T S / R fields empty)

Unit No. 632, Status: PROGRESS, Method: FIELD

**NARRATIVE**

THIS IS A CAUSE OF DEATH REPORT:

- MEDICAL EXAMINER'S CASE NUMBER: 463 of May 1993
- DATE OF AUTOPSY: 29 May 1993
- PATHOLOGIST: Dr. CHOI
- CAUSE AND MANNER OF DEATH: VENTILATORY FAILURE, QUADRIPLEGIA, GUN SHOT WOUND NECK? HOMICIDE.
- INVESTIGATION: On todays date Dr. Choi performed an autopsy on the body of Ricky WARNER. No Bullet or Evidence was recovered from the body. This body has been in the Oak Forest Hospital since May 1990. The gun shot wound to the neck has healed. Dr. CHOI has determined the casue of death was due to VENTILATORY FAILURE, QUADRIPLEGIA, GUN SHOT WOUND NECK and the manner is HOMICIDE. Progress report...

LB 00118

Extra Copies: D.N.A.
Date Submitted: 29 May 1993, Time: 1445
Supervisor: Sgt. T. Kease 811
Reporting Officer: Det. T. LAZAR, Star No. 20338
Date Approved: 5 Jun 93 0900

SAO 01401