# PLAINTIFF'S EXHIBIT NN

# SUPPLEMENTARY REPORT
CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4 DATE OF ORIG. OCCURRENCE–TIME**: 24 Feb 90  0200

| Field | Value |
|---|---|
| Offense Classification Last Previous Report | Homicide/Murder |
| 1-UCR Off Code | 0110 |
| 2. Address of Orig. Incident/Offense | 3505 N. Clark (Verified) |
| 3. Beat of Occur | 2331 |
| 5. Victim's Name as Shown on Case Report | Fleming, Michael (deceased) |
| Correct | XX Yes |
| 6. Fire Related | No |
| 7. Beat Assigned | 5345 |
| 8. Type of Location or Premise | Street |
| Location Code | 304 |
| 9. No. of Victims | 5 |
| 10. No. of Offenders | 1 |

Property Verified: DNA

**Offender 1**: 
- 31. C.B. NO: 8500-734
- I.R. NO., Y.D. NO. OR J.D.A NO: 666-393
- Offender Rel. Code: 22
- 32. No. Arrested: 1
- Unit No: 632

33. Off's Vehicle Color: UNK

34. Serial Nos. or Identification Nos.: XX Verified

50. Offense/Class. This Date: DNA

51. Method Code / 52. Method Assigned: XX 1 Field

Unit No: 632 / 53. Status

54. If Case Cleared, How Cleared: XX Arrest & Prosec.

Status Cont'd: XX CLRD. CLOSED

**80. NARRATIVE**

THIS IS AN AREA 3 VIOLENT CRIMES ADDITIONAL INFORMATION ON A CLEARED CLOSED HOMICIDE CASE.

DATE AND TIME ASSIGNED: 1 Jun 93, 0830hrs.

DATE AND TIME OF OCCURANCE: 24 Feb 90, 0200 hrs.

Most Previously Listed Subtitles Deleted.

PERMANENT RETENTION FILE

Micro Report to Follow on Page Two.

LB 00553

N-088-648

90. Extra Copies Required: Normal
91. Date This Report Submitted: 27 Ayg 93  Time: 1700
92. Supervisor Approving (Print Name): Sgt Bonke  Star No: 2108
93. Reporting Officer (Print Name): Det. W. Johnson  Star No: 20821
95. Date Approved: 31 Aug 93  2200

SAO 00813

| | |
|---|---|
| Homicide/Murder | 27 Aug 93 |
| Fleming, Michael | N-088-648 |

| | |
|---|---|
| Victim: | #2 Warner, Ricky M/B/25yrs.<br>DOB 21 Jul 67, IR# 754191<br>411 S. 17th Ave. Maywood<br>Oak Forest Rehab Center<br>NOW DECEASED/26 May 93 |
| Medical Examiners #: | 463 May 93 |
| Pronounced By: | Dr. Phillips, Oak Forest Rehab |
| Cause & Manner of Death: | Ventilatory Failure, Quadriplegia, GSW to Neck/ Homicide |
| Additional Victims: | #1 Fleming, Michael M/B/18yrs.<br>DOB 16 Nov 71, IR# 873635<br>3251 W. Fulton<br>DOA 24 Feb 90, ME# 438 Feb 90 |
| In Custody: | Boyd, Lathierial M/B/27yrs.<br>DOB 30 Jan 66, IR# 666393,<br>525 N. Halsted, SS# 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<br>CB# 8500-734, |
| Now At: | IDOC-Menard Correctional Center<br>Inmate #B10106<br>Serving 90 year sentence for murder conviction of Victim #1 Fleming, Michael |
| Arresting Officers: | Det. W. Johnson Unit 632<br>Det. J. Murray Unit 192<br>Det. S. Schorsch Unit 632<br>Det. R. Zuley Unit 192 |
| Date, Time, Location of Arrest: | 12 Mar 90, 1130 Hrs. A3/VC |
| Charges: | Murder, Att. Murder |
| Injuries: | #2 Warner, 1 GSW rt. side neck<br>   1 GSW left upper back<br>   1 Graze wound to rt. side chest, causing paralysis immediately from neck down<br><br>#1 Fleming, DOA at scene 1 GSW rt. side neck T&T. |

Page 2

**PERMANENT RETENTION FILE**

LB 00554

**SAO 00814**

Homicide/Murder                                              27 Aug 93

Fleming, Michael                                             N-088-648

| | |
|---|---|
| Taken To: | #1 & 2 Ill. Masonic by CFD. |
| Weapon: | BS auto pistol/not recovered |
| Location: | 3505 N. Clark, Street |
| Date & Time: | 24 Feb 90, 0200hrs. |
| Weather & Lighting: | temp. 30's & snowing |
| Manner/Motive: | 5 persons shot on street/over drug debt between off. and victims #1 and #2 |
| Identified By: | Fingerprints via Ident. Sec. |
| Notifications: | 26 May 93 CCIFM by Oak Forest Rehab Center.<br>29 May 93 A3/VC by CCIFM<br>1 Jun 93 Felony Review by R/D<br>25 Aug 93 A3/VC by Fel. Review |
| Personnel Assigned: | Det. W. Johnson A3/VC |

Investigation:          As previously reported on a supp dated 7 Jun 93, Ricky Warner expired on 26 May 93. Mr. Warner was a patient of the Oak Forest Rehab Center in Oak Forest Il. at the time of his death. Mr. Warner suffered complete paralysis from a GSW he received to his neck on 24 Feb 90 at the hands of Lathierial Boyd. It was also during the same incident that Victim #1 Michael Fleming was shot and killed.

Mr. Boyd was arrested, tried and convicted of this shooting a short time later. He was sentenced by a Cook County Criminal Court to 90 years in the Ill. Dept. of Corrections for Murder and Att. Murder charges. He is now serving that sentence in the Menard C.C.

As previously reported this R/D on 7 Jun 93 contacted the Felony Review Unit of the Cook County States Attorney's Office and notified ASA Brian Suth of the second death related to this shooting incident. ASA Suth was then requested to again review the case for possible charging on the second murder.

**PERMANENT RETENTION FILE**

Page 3

LB 00555

SAO 00815

Homicide/Murder 27 Aug 93

Fleming, Michael N-088-648

Investigation Cont: He was also informed of the conviction and on 8 Jun called this R/D at A3/VC to inform him this process of review would take some time in that the trial transcript would have to be obtained and reviewed before a determination could be made.

On 25 Aug 93 A3/VC was contacted by ASA Gary Howard Chief of Felony Review. ASA Howard informed the second watch WC Sgt. Keane that his office determined that no further charges would be placed and a bar to prosecution was ordered. At this time this Reporting Detective in view of the above facts requests this case REMAIN CLEARED CLOSED BY ARREST.

Det. W. Johnson
Area 3 Violent Crimes

**PERMANENT RETENTION FILE**

Page 4

LB 00556

SAO 00816